below with instructions to appoint counsel to represent appellant in the present or an amended habeas corpus petition, wherein his eligibility for an evidentiary hearing, or other relief may be determined.

WRIGHT, P. J., would affirm the order below.

## Commonwealth ex rel. Heintzelman v. Heintzelman, Appellant.

Argued September 12, 1969. *G. Clinton Fogwell, Jr.*, with him *L. A. Goldberg*, and *Reilly and Fogwell*, for appellant; *Charles F. Mayer*, for appellee.

Order affirmed.

## Commonwealth ex rel. Jennings, Appellant, v. Jennings.

Argued September 10, 1969. *Jack Brian*, with him *Richard, Brian & DiSanti*, for appellant; *Robert James Jackson*, with him *Garland D. Cherry*, for appellee.

Order affirmed.

## Commonwealth ex rel. Tisa v. Tisa, Appellant.

Argued September 9, 1969. *Anthony J. DeFino*, for appellant; *Sheldon C. Jelin*, with him *Wollman, Tracey & Schlesinger*, for appellee.

Order affirmed.